**Order filed May 22, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00270-CV
_____

**BRIAN P. MIN, FEDERAL OFFSHORE, INC. AND MIN TRANSCONTINENTAL, INC., Appellants**

**V.**

**H & S CRANE SALES, INC., Appellee**

---

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 10-CV-1864**

---

### ORDER

This appeal is from an order signed February 17, 2014. Absent a timely motion for new trial, motion to modify the judgment, motion to reinstate, or request for findings of fact and conclusions of law, the notice of appeal was due March 19, 2014. But the notice of appeal was not filed until April 4, 2014, a date beyond the time allowed by Rule 26.1, and beyond the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v.*

*Dorner*, 959 S.W.2d 615, 617-18 (1997) (construing the predecessor to Rule 26); Tex. R. App. P. 26.1. On May 1, 2014, appellee filed a motion to dismiss this appeal asserting the notice of appeal was untimely filed. Appellants filed a response and both sides have filed additional replies.

The record reflects that on March 5, 2014, appellants filed written findings and the trial court signed them. In light of the hearing record, which establishes that the findings were submitted in accordance with a previous oral understanding between the parties and the trial court that written findings would be made, appellants' filing of proposed findings is properly construed as a written request for findings of fact and conclusions of law. Texas courts "have long favored a common sense application of our procedural rules that serves the purpose of the rules, rather than a technical application that rigidly promotes form over substance." *Thota v. Young*, 366 S.W.3d 678, 690 (Tex. 2012).

Because the proposed findings were filed within 20 days after the order was signed, the appellate timetable was extended and appellant's notice of appeal was timely filed. *See* Tex. R. App. P. 26.1(a) (when appellant has filed a timely request for findings of fact and conclusion of law, the notice of appeal must be filed within ninety days after the date the appealable order is signed). For these reasons, we deny appellee's motion to dismiss.


PER CURIAM


Panel consists of Justices Boyce, Jamison and Busby.